UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cynthia Yadira Orobio Banchon ex rel.
DAYANNA JOSELINE AVILA DUCHI,

                     Petitioner,

-against-

LADEON FRANCIS, Acting Field Office
Director; KRISTI NOEM; PAM BONDI,

                     Respondents.

25-CV-8162 (JGK)

ORDER TO ANSWER, 28 U.S.C. § 2241

JOHN G. KOELTL, United States District Judge:

    A petition for a writ of *habeas corpus* may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf." 28 U.S.C. § 2242. When the petition is brought by a person other than the one seeking relief, the "next friend" must demonstrate that he or she has standing to act on the person's behalf. "First a 'next friend' must provide an adequate explanation – such as inaccessibility, mental incompetence, or other disability – why the real party in interest cannot appear on his own behalf to prosecute the action. Second, the 'next friend' must be truly dedicated to the best interests of the person on whose behalf he [or she] seeks to litigate, and it has been further suggested that a 'next friend' must have some significant relationship with the real party in interest." *Whitmore v. Arkansas*, 495 U.S. 149, 163-64 (1990) (citations omitted). "The burden is on the 'next friend' to establish the propriety of his status and thereby justify the jurisdiction of the court." *Id.* at 164.

    The Court, having examined the petition pursuant to 28 U.S.C. § 2241, filed on behalf of Dayanna Joseline Avila Duchi, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. Respondents are

directed promptly to notify the Court of the location where Petitioner is detained and to continue promptly to update the Court of any change of location. To preserve the Court's jurisdiction pending a ruling on the petition, **petitioner shall not be removed from the United States unless and until the Court orders otherwise.** See, e.g., *Kuprashvili v. Flanagan*, No. 25-CV-5268 (PAE) (S.D.N.Y. June 30, 2025) (collecting cases staying removal to maintain the status quo).

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition.

Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:
    New York, New York
    10/3/25
    6:44 p.m.

JOHN G. KOELTL
United States District Judge